### CHAMBERS v. GREENWALD.

(Supreme Court, Appellate Term. June 22, 1905.)

EXECUTORS—PERSONAL CONTRACTS—LIABILITY AS EXECUTOR.

 One cannot be sued as executor on a contract made by him personally.
 [Ed. Note.—For cases in point, see vol. 22, Cent. Dig. Executors and
Administrators, §§ 410–419, 1684.]

Appeal from Municipal Court, Borough of Manhattan, Fourth District.

Action by Bernard Chambers against Nettie Greenwald as administratrix. From a judgment for plaintiff, defendant appeals. Reversed.

Argued before SCOTT, P. J., and MacLEAN and DUGRO, JJ.

I. Henry Harris, for appellant.

PER CURIAM. The contract sued upon was a personal contract on the part of the defendant, and an action will not lie against her as executrix. Austin v. Munroe, 47 N. Y. 360.

Judgment reversed, with costs, and complaint dismissed, with appropriate costs in the court below and in this court.